IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re<br><br>THE PAPER STORE, LLC, *et al.*,<br><br>           Debtors.[1] | Chapter 11<br><br>Case No. 20-40743(CJP)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF NICHOLAS J. ZLUTICKY

Pursuant to MLBR 9010-1(f), and upon the annexed Certificate and Affidavit of Good Standing of Nicholas J. Zluticky, attached hereto as Exhibit A, certifying that (i) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (ii) there are no disciplinary proceedings pending against him as a member of the bar of any jurisdiction; and (iii) he is familiar with the Massachusetts Local Bankruptcy Rules, I, Amy A. Zuccarello, a member of the Bar of this Court, hereby move this Court to admit Nicholas J. Zluticky to practice before the Court for the purpose of this case.

                                                          Respectfully submitted,

Dated:  August 14, 2020             /s/ Amy A. Zuccarello
                                                          Amy A. Zuccarello  (BBO No. 652755)
                                                          azuccarello@sullivanlaw.com
                                                          Patrick P. Dinardo  (BBO No. 125250)
                                                          pdinardo@sullivanlaw.com
                                                          Nathaniel R.B. Koslof  (BBO No. 691094)
                                                          nkoslof@sullivanlaw.com
                                                          **SULLIVAN & WORCESTER LLP**
                                                          One Post Office Square
                                                          Boston, Massachusetts  02109
                                                          (617) 338-2800  (phone)
                                                          (617) 338-2880  (fax)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are The Paper Store, LLC (2442) and TPS Holdings, LLC (9193).

{S2635603; 1}

Nicholas J. Zluticky (Seeking Pro Hac Vice Admission)
**STINSON LLP**
1201 Walnut, Suite 2900
Kansas City, MO 64106
(816) 691-3278
nicholas.zluticky@stinson.com

*Attorneys for Hallmark Retail, LLC and Hallmark Marketing Company, LLC*

## **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

THE PAPER STORE, LLC, *et al..*,

Debtors.

Chapter 11
Case No. 20-40743-CJP
(Jointly Administered)

### CERTIFICATE AND AFFIDAVIT OF GOOD STANDING OF NICHOLAS J. ZLUTICKY

I, Nicholas J. Zluticky, been duly sworn, depose and certify that:

1. I am a member in good standing of the bar of every jurisdiction wherein I have been admitted to practice: Missouri, Western District of Missouri, Eastern District of Missouri, Kansas, District of Kansas.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Massachusetts Local Bankruptcy Rules.

4. I will promptly pay the applicable *pro hac vice* fee for the U.S. District Court for the District of Massachusetts.

5. I have not been admitted *pro hac vice* to the United States Bankruptcy Court for the District of Massachusetts in the past twelve months.

Nicholas J. Zluticky, Esq. (KS Bar No. 23935)
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
816-691-3278
nicholas.zluticky@stinson.com

Dated: August 13, 2020

{S2624120; 1}
CORE/0500971.0078/161108712.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>THE PAPER STORE, LLC, *et al..*,<br><br>Debtors. | Chapter 11<br>Case No. 20-40743-CJP<br>(Jointly Administered) |

## DECLARATION OF ELECTRONIC FILING

I, Nicholas J. Zluticky, hereby declare under penalty of perjury that all of the information contained in my Certificate and Affidavit of Good Standing (collectively, the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice. I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLE)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by and authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

_____
Nicholas J. Zluticky, Esq. ( KS Bar No. 23935)
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
816-691-3278
nicholas.zluticky@stinson.com

Dated: August 13, 2020

{S2624120; 1}
CORE/0500971.0078/161108712.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

………………………………………………………..
In re: :
 : Chapter 11
THE PAPER STORE, LLC, *et al.*., : Case No. 20-40743-CJP
 : (Jointly Administered)
Debtors. :
…………………………………………………..:

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE* OF NICHOLAS J. ZLUTICKY

On the basis of the Motion for Admission *Pro Hac Vice* of Nicholas J. Zluticky, the Certification of Nicholas J. Zluticky, and for good cause shown,

IT IS HEREBY ORDERED that of Nicholas J. Zluticky is hereby admitted *pro hac vice* for the purpose of appearing and participating in the above proceedings before this Court.

Dated: _____, 2020    _____
                                             Honorable Christopher J. Panos
                                             Chief United States Bankruptcy Judge

{S2635603; 1}

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

………………………………………………………..
In re:                                              :
                                                    :     Chapter 11
THE PAPER STORE, LLC, *et al.*.,                    :     Case No. 20-40743-CJP
                                                    :     (Jointly Administered)
                        Debtors.                    :
………………………………………………………..:

# CERTIFICATE OF SERVICE

I, Amy A. Zuccarello, hereby certify that on this 14th day of August, 2020, I caused a true and accurate copy of the foregoing document to be served by electronic service via the Court's electronic case filing (ECF) system to those parties registered to receive electronic service.

          /s/ Amy A. Zuccarello
          Amy A. Zuccarello (BBO #652755)
          Sullivan & Worcester LLP
          One Post Office Square
          Boston, MA 02109
          (617) 338-2800 (phone)
          (617) 338-2880 (fax)
          azuccarello@sullivanlaw.com

Dated: August 14, 2020

{S2635603; 1}